IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| JANE DOE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 5:19-cv-05275 |
| | : | |
| DUNKIN' DONUTS and | : | |
| TRIANGLE DOUGHNUTS, LLC, | : | |
|     Defendants. | : | |

_____

## O R D E R

**AND NOW**, this 13th day of December, 2019, upon consideration of Plaintiff's Motion to Proceed Anonymously, *see* ECF No. 2, and in light of the fact that not all Defendants have been served, nor has the time to effectuate service expired, *see* Fed. R. Civ. P. 4, **IT IS ORDERED THAT**:

Plaintiff's Motion to Proceed Anonymously, ECF No. 2, is **DENIED without prejudice** and with leave to refile after all Defendants have been served, the time to file a responsive pleading has passed, and Plaintiff has fulfilled her obligations to "contact opposing counsel to discuss thoroughly the substance of the contemplated motion and any potential resolution of it," *see* ECF No. 3.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge