UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUNKIN' DONUTS, et al.,<br>　　　　　Defendants. | No. 19-cv-5275 |

## O R D E R

**AND NOW**, this 12th day of February, 2020, upon consideration of the stipulation of the parties for an extension of time for Defendant, Dunkin' Donuts, to file an answer to Plaintiff's First Amended Complaint, **IT IS HEREBY ORDERED THAT:**

1. The stipulation is **approved and granted in part and disapproved and denied in part**; and

2. Defendant, Dunkin's Donuts' deadline to file an Answer to Plaintiff's First Amended Complaint, only, and for no other purpose, is extended through and including February 20, 2020.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Court

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> DUNKIN' DONUTS, <br><br> and <br><br> TRIANGLE DOUGHNUTS, LLC, <br> Defendants. | CIVIL ACTION <br><br> NO.: 5:19-cv-05275-JFL |

**STIPULATION TO EXTEND TIME TO ANSWER OR MOVE WITH REGARD TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND BRIEF IN OPPOSITION TO DEFENDANT TRIANGLE DOUGHNUTS, LLC'S MOTION TO DISMISS**

It is hereby stipulated, by and between the undersigned counsel, that the time within which Defendant Dunkin' Donuts ("Dunkin'")[1] may answer or move with regard to Plaintiff's First Amended Complaint and Plaintiff's February 7, 2020 Brief in Opposition to Defendant Triangle Doughnuts, LLC's Motion to Dismiss, be extended one week to, and including, February 20, 2020. This is Defendant Dunkin's first request for an extension.

| **LAW OFFICES OF ERIC A. SHORE P.C.** | **JACKSON LEWIS P.C.** |
|---|---|
| /s/ *Justin F. Robinette* <br> Justin F. Robinette (PA 319829) <br> 2 Penn Center <br> 1500 JFK Boulevard, Suite 1240 <br> Philadelphia, PA 19102 <br> T: (215) 944-6121 / F: (215) 944-6124 <br> JustinR@ericshore.com <br><br> *Attorneys for Plaintiff* | /s/ *Michael D. Ridenour* <br> Michael D. Ridenour (PA 323576) <br> LeRoy J. Watkins, Jr., Esq. <br> Three Parkway <br> 1601 Cherry Street, Suite 1350 <br> Philadelphia, PA 19102 <br> T: (267) 319-7820 / F: (215) 399-2249 <br> michael.ridenour@jacksonlewis.com <br> leroy.watkins@jacksonlewis.com <br> *Attorneys for Defendant* <br> *Dunkin' Donuts Franchising LLC* |

---

[1] Although the Complaint is styled as against "Dunkin' Donuts," the correct business entity name for Defendant is Dunkin' Donuts Franchising LLC.

|  | **HOLZINGER, HARAK & SCOMILLIO**<br><br>/s/ *Victor E. Scomillio*<br>Victor E. Scomillio (PA 80727)<br>1216 Linden Street<br>Bethlehem, PA 18016<br>T: (610) 867-5023 / F: (610) 867-9945<br><br>*Attorney for Defendant*<br>*Triangle Doughnuts, LLC* |
|---|---|

Dated: February 11, 2020          Dated: February 11, 2020