UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JANE DOE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 19-cv-5275 |
| | : | |
| | : | |
| TRIANGLE DOUGHNUTS, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**O R D E R**

**AND NOW**, this 23ʳᵈ day of June, 2020, for the reasons set forth in the *sua sponte*

Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.     Plaintiff is granted leave, on a conditional basis to proceed in this lawsuit under

the pseudonym "Jane Doe."

2.     Plaintiff shall conduct her deposition and trial using a single, preferred name.

3.     Defendant shall be allowed to challenge the anonymity issue if circumstances of

this case change.

4.     The Court retains the right to reexamine the issue on its own initiative if

circumstances of this case change.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge