UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 5:19-cv-5275 |
| | : | |
| TRIANGLE DOUGHNUTS, LLC, | : | |
|     Defendant. | : | |

**O R D E R**

**AND NOW**, this 16th day of July, 2020, upon consideration of Defendant's Motion to Dismiss the Amended Complaint, *see* ECF No. 15, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss, ECF No. 15, is **GRANTED, in part, and DENIED, in part**.
2. The Motion is granted with respect to Plaintiff's claims for race-based hostile work environment, race-based discrimination, and race-based retaliation (claims XVI, XVII, and XVIII, respectively). These claims are **DISMISSED, with prejudice.**[1]
3. The Motion is denied as to all other claims.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] As Plaintiff has already had one opportunity to amend her pleadings in response to Defendant's motion to dismiss, these claims are dismissed with prejudice.